UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
----------------------------------------------------------------------X

THE HANOVER INSURANCE COMPANY,

                Plaintiff,

                       v.

FRANK G. D'ANGELO,

                Defendant.

----------------------------------------------------------------------X

**ORDER**
13-CV-4301 (JMA)(ARL)

**AZRACK, United States District Judge:**

Before the Court is a Report and Recommendation ("R & R") from Magistrate Judge Lindsay recommending that the Court grant in part and deny in part Plaintiff's fully briefed motion for summary judgment. Neither party has objected to the R & R. Having conducted a review of the full record and the applicable law, and having reviewed the R & R for clear error, the Court adopts Judge Lindsay's R & R in its entirety.

Plaintiff is granted summary judgment in the amount of $99,000 on its indemnification claim with regard to its payment to the Public Administrator. Plaintiff is granted summary judgment as to liability with regard to its claims for attorneys' fees and costs incurred, with the exception of fees sought in connection with plaintiff's monitoring of other guardianships. Plaintiff's motion is denied as to fees sought in connection with monitoring of other guardianships.

Plaintiff is directed to submit additional documentation in support of the reasonableness of its attorney's fees, including (1) contemporaneously created time records that specify, for each attorney, the date, the hours expended, and the nature of the work done; and (2) support for the reasonableness of the hourly rate sought and the hours expended.

**SO ORDERED.**

Dated: August 17, 2016
Central Islip, New York

                                            /s/     JMA
                                      JOAN M. AZRACK
                                      UNITED STATES DISTRICT JUDGE