FILED
CLERK
6/6/2018 11:40 am
U.S. DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
LONG ISLAND OFFICE

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
--------------------------------------------------------X
THE HANOVER INSURANCE COMPANY,

            Plaintiff,

-against-

FRANK G. D'ANGELO,

            Defendant.
--------------------------------------------------------X

**ORDER**
13-cv-04301 (JMA)(ARL)

**AZRACK, District Judge:**

Before the Court is a Report and Recommendation ("R&R") from Magistrate Judge Lindsay recommending that the Hanover Insurance Company ("plaintiff") be awarded $106,132.38 in attorneys' fees and costs. Frank G. D'Angelo ("defendant") has not objected to the R&R.

In reviewing a magistrate judge's report and recommendation, the court must "make a de novo determination of those portions of the report or . . . recommendations to which objection[s][are] made." 28 U.S.C. § 636(b)(1)(C); see also Brown v. Ebert, No. 05–CV–5579, 2006 WL 3851152, at *2 (S.D.N.Y. Dec. 29, 2006). The court "may accept, reject, or modify, in whole or in part, the findings or recommendations made by the magistrate judge." 28 U.S.C. § 636(b)(1)(C). Those portions of a report and recommendation to which there is no specific reasoned objection are reviewed for clear error. See Pall Corp. v. Entegris, Inc., 249 F.R.D. 48, 51 (E.D.N.Y. 2008).

Having conducted a review of the full record and the applicable law, and having reviewed the R&R for clear error, the Court adopts Judge Lindsay's R&R in its entirety.

The Clerk of Court is directed to close this case.

**SO ORDERED.**

Dated: June 6, 2018
Central Islip, New York

                                                          /s/ JMA
                                        JOAN M. AZRACK
                                        UNITED STATES DISTRICT JUDGE